**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    19-cr-00291-RBJ

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  MICHAEL JOHN SUPPES,

 Defendant.

# INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 5, 2018, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, did knowingly attempt to export and send from the United States to a place outside the United States, to wit: India, any merchandise, article, and object, to wit: firearms parts, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and concealed, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, prior to exportation, knowing the same to be intended for exportation contrary to such law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 2

On or about September 29, 2018, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, did knowingly attempt to export and send from the United States to a place outside the United States, to wit: Saudi Arabia, any merchandise, article, and object, to wit: firearms parts, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and concealed, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, prior to exportation, knowing the same to be intended for exportation contrary to such law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 3

On or about December 8, 2018, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, did knowingly attempt to export and send from the United States to a place outside the United States, to wit: India, any merchandise, article, and object, to wit: firearms parts, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and concealed, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, prior to exportation, knowing the same to be intended for exportation contrary to such law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 4

On or about December 15, 2018, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, did knowingly attempt to export and send from the United States to a place outside the United States, to wit: India, any merchandise, article, and object, to wit: firearms parts, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and concealed, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, prior to exportation, knowing the same to be intended for exportation contrary to such law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 5

On or about December 20, 2018, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, did knowingly attempt to export and send from the United States to a place outside the United States, to wit: South Africa, any merchandise, article, and object, to wit: firearms parts, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and concealed, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, prior to exportation, knowing the same to be intended for exportation contrary to such law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 6

On or about February 14, 2019, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, did knowingly attempt to export and send from the United States to a place outside the United States, to wit: Cambodia, any merchandise, article, and object, to wit: firearms parts, contrary to any law and regulation of the United States, to wit: the Arms Export Control Act, Title 22, United States Code, Section 2778, and the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120 through 130, and concealed, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, prior to exportation, knowing the same to be intended for exportation contrary to such law and regulation of the United States.

All in violation of Title 18, United States Code, Section 554.

## COUNT 7

On or about between April 18, 2019 and May 30, 2019, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, not being a licensed dealer and manufacturer of firearms, did willfully engage in the business of manufacturing and dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 8

On or about May 30, 2019, in the State and District of Colorado, the defendant, MICHAEL JOHN SUPPES, knowingly received and possessed firearms, to wit: rifles having barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations alleged in Counts One through Six of this Indictment involving the commission of violations of 18, United States Code, Section 554, defendant MICHAEL JOHN SUPPES shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense, as well as any arms, munitions of war, or other articles, intended to be, being, or have been exported or removed in violation of such offense, and any vessel, vehicle, or aircraft conveyances which has been or is being used in exporting or attempting to export such arms, munitions of war, or other articles.

Upon conviction of the violations alleged in Count Seven of this Indictment involving violations of 18 U.S.C. § 922(a)(1)(A), defendant MICHAEL JOHN SUPPES shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

Upon conviction of the violations alleged in Count Eight of this Indictment involving violations of 26 U.S.C. § 5861(d), defendant MICHAEL JOHN SUPPES shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

If any of the property described in paragraphs above, as a result of any act or omission of the defendant:

    a)     cannot be located upon the exercise of due diligence;

    b)     has been transferred or sold to, or deposited with, a third party;

    c)     has been placed beyond the jurisdiction of the Court;

    d)     has been substantially diminished in value; or

    e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                      A TRUE BILL:

                      <u>Ink signature on file in Clerk's Office</u>
                      FOREPERSON

JASON R. DUNN
United States Attorney


By: s/Emily Treaster
EMILY TREASTER
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Emily.Treaster@usdoj.gov
Attorney for Government