IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00291-RBJ

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL JOHN SUPPES,

      Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

The Office of the Federal Public Defender, through Matthew Golla, Assistant Federal Public Defender, moves to withdraw as appointed counsel for defendant Michael John Suppes ("Mr. Suppes"). In support of this motion, counsel states that:

1. The Office of the Federal Public Defender ("FPD") was appointed to represent Mr. Suppes on May 31, 2019 (Doc. No. 5), and undersigned counsel entered his appearance on May 31, 2019 (Doc. No. 6).

2. On Wednesday, July 24, 2019, attorney Lisa A. Polansky entered her appearance on behalf of Mr. Suppes (Doc. No. 24).

3. Accordingly, due to Mr. Suppes retaining private counsel in the person of attorney Lisa Polansky, undersigned counsel and the FPD office moves to withdraw.

WHEREFORE, undersigned counsel respectfully moves this Court for an Order allowing the FPD to withdraw as counsel of record and to be removed from future ECF notices.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Matthew C. Golla
MATTHEW C. GOLLA
Assistant Federal Public Defender
633 - 17th Street, Suite 1000
Denver, Colorado    80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
E-mail: Matt_Golla@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Emily Treaster, Assistant United States Attorney
    Email: Emily.treaster@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Michael Suppes    (via Mail)

                                s/ Matthew C. Golla
                                MATTHEW C. GOLLA
                                Assistant Federal Public Defender
                                633 17th Street, Suite 1000
                                Denver, CO  80202
                                Telephone:  (303) 294-7002
                                FAX:  (303) 294-1192
                                matt.golla@fd.org
                                Attorney for Defendant