# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00291-RBJ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1.    **MICHAEL JOHN SUPPES,**

    Defendant.

_____

## MOTION TO DISMISS COUNTS
_____

The United States of America (the government) hereby moves the Court to dismiss Counts Three, Four, Five, and Seven of the Indictment at the defendant's sentencing. The defendant previously pleaded guilty to Counts One, Two, Six, and Eight of the Indictment. *See* ECF Nos. 50 & 51. The defendant's sentencing is set for November 30, 2020. ECF No. 56.

                                      Respectfully submitted,

                                      Jason R. Dunn
                                      United States Attorney

By: *s/Emily Treaster*
EMILY TREASTER
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: Emily.Treaster @usdoj.gov

*Attorney for the Government*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of November, 2020, I electronically filed the foregoing **MOTION TO DISMISS COUNTS** using the CM/ECF system and a copy was sent via e-mail to the following e-mail address:

Lisa A. Polansky, Esq.
E-mail: lisa@polanskylawfirm.com
Attorney for Michael John Suppes

                      *s/Maggie E. Grenvik*
                      Maggie E. Grenvik
                      Legal Assistant