IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  19-cr-00291-RBJ | Date:  November 30, 2020 |
| Courtroom Deputy:  Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter:  N/A | Probation:  Nicole Peterson |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Emily Treaster* |
| v. | |
| 1. MICHAEL JOHN SUPPES<br>**Defendant** | *Lisa Polansky* |

**COURTROOM MINUTES**

**SENTENCING HEARING VIA VIDEO CONFERENCE**

**Court in session:**   11:02 a.m.

Appearances of counsel and probation via video conference.

Defendant present on bond via video conference.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [57] Defendant's Motion for Variance or Non-Guideline Sentence is **DENIED.**

[60] Restricted document is **GRANTED.**

[61] Motion to Dismiss Counts is **GRANTED.**

**ORDERED:**  Defendant shall be **imprisoned** for **46 months** as to Counts One, Two, Six and Eight of the Indictment, to run concurrently.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** as to each count to run concurrently.

**Standard/Mandatory/Discretionary Conditions** of Supervised Release, as stated on the record, including a **$100.00** Special Assessment fee as to each count for a total of **$400.00**, to be paid immediately.

Forfeiture addressed.

The Court recommends the defendant be placed at a facility in Colorado.

**ORDERED:**  Defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons no earlier than January 15, 2021.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**  11:55 a.m.          Hearing concluded.          Total time:     00:53